1 | STEVEN W. PITE (CA SBN 157537)
  | DAVID E. McALLISTER (CA SBN 185831)
2 | JOHN B. ACIERNO III (CA SBN 257176)
  | PITE DUNCAN, LLP
3 | 4375 Jutland Drive, Suite 200
  | P.O. Box 17933
4 | San Diego, CA 92177-0933
  | Telephone: (858)750-7600
5 | Facsimile: (619) 590-1385

6 | Attorneys for BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY
  | MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE
7 | UNDER THE TRUST AGREEMENT FOR THE STRUCTURED ASSET
  | INVESTMENT LOAN TRUST SERIES 2004-11

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 08-47480 |
|---|---|
| GERALDINE L. VAN DAMME, | Chapter 7 |
|  | R.S. No. JBA-587 |
| Debtor/Debtor(s). | STIPULATION TERMINATING THE AUTOMATIC STAY AS TO THE CHAPTER 7 TRUSTEE |

Bank of America National Association as Successor by Merger to LaSalle Bank National Association, as Trustee under the Trust Agreement for the Structured Asset Investment Loan Trust Series 2004-11 (hereinafter "Movant"), by and through its counsel of record, John B. Acierno III, and Lois I. Brady, Chapter 7 Trustee, in the within matter, hereby stipulate to the following Order Terminating the Automatic Stay as to the Chapter 7 Trustee in regard to the Real Property commonly described as 2775 Twin Palms Cir., Las Vegas, Nevada 89117 (hereinafter the "Real Property"), which is more fully described in the Deed of Trust. A true and correct copy of the Deed of Trust is attached hereto as exhibit A and incorporated herein by reference, and which is the subject of this Stipulation.

/././

/././

/././

- 1 -

Case: 08-47480  Doc# 28  Filed: 09/30/09  Entered: 09/30/09 16:00:16  Page 1 of 2

Whereas, the discharge of Debtor was granted on March 11, 2009, and as the Trustee asserts no interest in the Real Property on behalf of the bankruptcy estate, it is hereby stipulated that:

1. The automatic stay of 11 United States Code section 362 is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under the Note and Deed of Trust; and

2. The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

IT IS SO STIPULATED:

Dated: 9/30/09

PITE DUNCAN, LLP

By: /s/ John B. Acierno III
JOHN B. ACIERNO III
Attorney for BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE TRUST AGREEMENT FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST SERIES 2004-11

Dated: 9/30/09

By: /s/ Lois I. Brady
LOIS I. BRADY
Chapter 7 Trustee

2

Case: 08-47480   Doc# 28   Filed: 09/30/09   Entered: 09/30/09 16:00:16   Page 2 of 2