```
                                        Entered on Docket
                                        October 06, 2009
                                        GLORIA L. FRANKLIN, CLERK
                                        U.S BANKRUPTCY COURT
                                        NORTHERN DISTRICT OF CALIFORNIA
```



STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
JOHN B. ACIERNO III (CA SBN 257176)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Signed: October 02, 2009

_____
LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge
_____

Attorneys for BANK OF AMERICA NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER THE TRUST AGREEMENT FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST SERIES 2004-11

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| In re | Case No. 08-47480 |
|---|---|
| GERALDINE L. VAN DAMME, | Chapter 13 |
| | R.S. No. JBA-587 |
| Debtor(s). | ORDER ON STIPULATION TERMINATING THE AUTOMATIC STAY AS TO THE CHAPTER 7 TRUSTEE |
| | DATE: October 2, 2009<br>TIME: 11:00 a.m.<br>CTRM: 201 |
| | 1300 Clay Street, Suite 300<br>Oakland, CA 94604-1426 |

The parties having agreed to the terms set forth in the Stipulation Terminating the Automatic Stay as to the Chapter 7 Trustee are bound by the terms of their stipulation. The Stipulation Terminating the Automatic Stay as to the Chapter 7 Trustee, docket entry number 28, is hereby approved and made an order of the court.

** END OF ORDER **

- 1 -

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

**DEBTOR(S)**

Geraldine L. Van Damme
6598 Picardy Place
Newark, CA 94560

**DEBTOR(S) ATTORNEY**

Robert A. Wieckowski
Law Offices of Robert A. Wieckowski
39510 Paseo Padre Pkwy #220
Fremont, CA 94538

**CHAPTER 7 TRUSTEE**

Lois I. Brady
P.O. Box 12754
Oakland, CA 94604

**OTHER LIENHOLDER(S)**

Washing Mutual Bank
c/o Servicing or Managing Agent
Attn: Bankruptcy
Dept. JAXA 2035, 7255
Jacksonville, FL 32256

Bill Hammer
7770 Tara Ave.
Las Vegas, NV 89117